UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ISRAEL HERSKOVITS, individually and on
behalf of all others similarly situated,

                 Plaintiff,              **ORDER**

v.

                                          20-CV-04720 (PMH)

GATESTONE & CO. INTERNATIONAL, INC.,

                 Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 10). Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Dated:  New York, New York
          September 25, 2020

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge